U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA    :

V.    :

Michael A. Brown    :

:
**ORDER**

Case No. 13-CR-164(RLW)

**FILED**
JUN 10 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the ____10th____ day of ____June, 2013____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on a date and time mutually agreeable to the parties by __FBI Special Agent Preetham Rao__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __FBI-WFO__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of __FBI Special Agent Preetham Rao__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

*Robert L. Wilkins*
Judge (U.S. Magistrate) Robert L. Wilkins

*Court*
~~DEFENSE COUNSEL~~

DOJ USA-16-80