**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO.: 13-164 (RLW)** |
| | **:** | |
| **MICHAEL A. BROWN,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**GOVERNMENT'S CONSENT MOTION TO CONTINUE SENTENCING HEARING**

The United States of America, through undersigned counsel, respectfully submits this consent motion to continue the sentencing hearing scheduled to take place on January 16, 2014, at 9:30 a.m., for the defendant, Michael A. Brown.  In support of the motion, the government states as follows:

1.      On June 10, 2013, the defendant pleaded guilty to a one-count Information charging the defendant with Bribery of a Public Official, in violation of 18 U.S.C. § 201(b)(2)(A).  As part of his plea agreement, the defendant agreed to cooperate with the government in an ongoing criminal investigation.  At the parties' request, the Court scheduled the defendant's sentencing hearing for January 16, 2014, at 9:30 a.m.  The Court further ordered that any submissions from the parties in aid of sentencing be filed by January 2, 2014, with any responses thereto by January 9, 2014.

2.      The government respectfully requests a continuance of the sentencing hearing for approximately ninety (90) days, until a date on or after April 28, 2014.  The requested continuance will further assist the government in meeting with the defendant as part of his cooperation in the ongoing criminal investigation, particularly concerning newly discovered evidence.

3.      Counsel for the government has discussed these matters with counsel for the defendant, Reid Weingarten, Esquire, Brian Heberlig, Esquire, and Scott Armstrong, Esquire, who have consented to the relief requested herein.

Wherefore, for the foregoing reasons, the government respectfully requests that this Court continue the sentencing hearing currently scheduled to take place on January 16, 2014, at 9:30 a.m., until a date on or after April 28, 2014.  The government requests further that the Court modify the deadline for any submissions by the parties in aid of sentencing to two weeks prior to sentencing for any initial submissions and one week prior to sentencing for any responses thereto.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
In and For the District of Columbia


By:  _____/s/_____

MICHAEL K. ATKINSON
DAVID A. LAST
ANTHONY D. SALER
Assistant United States Attorneys
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C.  20530
202.252.7817 (Atkinson)
202.252.7020 (Last)
Michael.Atkinson2@usdoj.gov
DATED: December 13, 2013          David.Last@usdoj.gov