UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**UNITED STATES OF AMERICA,**      )
                                   )
         v.                        ) **Criminal Action No. 13-164 (RWR)**
                                   )
**MICHAEL BROWN,**                 )
                                   )
         Defendant.                )
_____)

                              **ORDER**

    Defendant Michael Brown has filed a consent motion to reschedule the sentencing hearing.  The reason, in part, is to permit his mother, Ms. Alma Brown, to be present and possibly serve as a sentencing witness.  I will grant the request.  The motion also reminded me that I attended some event or events in a town home on Unicorn Lane, N.W. twenty-five to thirty years ago where I recall that Ms. Brown lived at the time.  The parties will be directed to confer and to file by March 28, 2014 a joint status report only if they wish to modify their position in their joint status report filed on February 7, 2014 that they do not seek a reassignment of this case to another judge or a conference to further discuss that issue.  Accordingly, it is hereby

    ORDERED that the parties confer, and only if they seek a reassignment of this case to another judge or a conference to

further discuss that issue, file by March 28, 2014 a joint status report reflecting their wishes.  It is otherwise further

ORDERED that the defendant's consent motion [#27] to reschedule the sentencing hearing be, and hereby is, GRANTED. The sentencing hearing currently scheduled for April 28, 2014 is continued to May 8, 2014 at 10:00 a.m.  It is further

ORDERED that any submissions from the parties in aid of sentencing shall be filed on or before April 24, 2014, and that any responses thereto shall be filed on or before May 1, 2014.

SIGNED this 21st day of March, 2014.

_____/s/_____
RICHARD W. ROBERTS
Chief Judge