UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| v. | ) Criminal Action No. 13-164 (RWR) |
|  | ) |
| MICHAEL BROWN, | ) |
|  | ) |
| Defendant. | ) |

**ORDER**

The sentencing materials just filed by the parties reflect that the following four individuals who wrote letters on behalf of defendant Michael Brown last year when the case was still assigned to Judge Robert L. Wilkins are personal acquaintances of mine: Lauri Fitz-Pegado, Debra L. Lee, Leroy Nesbitt, Jr., and Frank A. Spellman.  To allow the parties a fair opportunity to consider this disclosure and to confer, it is hereby

ORDERED that the deadline of May 1, 2014 for parties to file responses to the sentencing memoranda, and the sentencing date of May 8, 2014 be, and hereby are, VACATED.  It is further

ORDERED that the parties confer and file by May 5, 2014 a joint status report reflecting whether either side requests that this case be assigned to another judge or be scheduled for a conference to further discuss the disclosure.  The parties are directed to include in the joint status report three mutually

agreeable dates and times on which to schedule such a conference if one is requested, or to reschedule the sentencing if no conference or reassignment is sought by either side.

SIGNED this 28th day of April, 2014.

```
        _____/s/_____
        RICHARD W. ROBERTS
        Chief Judge
```